No. 72–6625.  BRADLEY *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied. ▮

No. 72–6633.  ECKERT *v.* BUDD CO. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 72–6691.  BEZAK *v.* OHIO.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 72–1305.  GRAY ET AL. *v.* SHELL OIL CO.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–1362.  STRINGER ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–1443.  SAVARD, ADMINISTRATRIX, ET AL. *v.* PERINI CORP.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–6467.  SHEARD, AKA NIXON *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–6622.  MOORE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–6666.  THOMPSON *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari. ▮

No. 72–1389.  PENNSYLVANIA *v.* STAFFORD.  Sup. Ct. Pa.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied. ▮